UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ Original Plan
✓ 4th Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jorge A Canales            JOINT DEBTOR: Mayra T Canales            CASE NO.: 18-13241
SS#: xxx-xx-4064                   SS#: xxx-xx-9936

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ✓ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ✓ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ✓ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. 2,393.47 for months 1 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

Total Fees: $3,500.00    Total Paid: $2,000.00    Balance Due: $1,500.00
Payable 100.00 /month (Months 1 to 15 )

## III. TREATMENT OF SECURED CLAIMS
**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1   Creditor: Seterus Inc
    PO BOX 1047
    Hartford, CT 06143
    Arrearage/Payoff on Petition Date   41,784.13
    Arrears Payment (Cure)   696.40 /month (Months 1 to 60)

Last 4 Digits of Account No.:   Account No: xxxxxxxx2751

Other:
☐ Real Property
  ✓ Principal Residence
  ☐ Other Real Property
Address of Collateral:

Check one below for Real Property:
✓ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Personal Property∧
☐ Description of Collateral:

Debtor(s): Jorge A Canales
Mayra T Canales Case number: 18-13241

2   Creditor: Seterus Inc
    Address: 14523 Sw Millikan Way St; Beaverton, OR 97005
    Arrearage/Payoff on Petition Date
    Regular Payment (Maintain)    1,357.73 /month (Months 1 to 60)
    Last 4 Digits of Account No.:   Account No: xxxxxxxx2751
    Other:
    ✓ Real Property
        ✓ Principal Residence
        ☐ Other Real Property
    Address of Collateral: 20600 Marlin Rd Miami, FL 33189 Miami-Dade County
    Value based on Miami-Dade Property Search.

    Check one below for Real Property:
    ✓ Escrow is included in the regular payments
    ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

    Personal Property/\
    ☐ Description of Collateral:

B. **VALUATION OF COLLATERAL:** ✓ NONE
   IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 700R AND LR 3015-3.

C. **LIEN AVOIDANCE** ✓ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall ot receive a distribution from the Chapter 13 Trustee.
   ✓ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall ot receive a distribution from the Chapter 13 Trustee.
   ☐ NONE
   ✓ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ally Financial | xxxxxxxx3637 | 2014 Chrysler Town & County 32,000 miles |
| 2. | Ally Financial | xxxxxxxx7104 | 2015 Jeep Patriot 28,000 miles |
| 3. | Our MicroInd | xxx42R1 | 2001 Chevrolet Silverado 300000 miles |

IV.  **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]
    A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE: ✓ NONE
    B. INTERNAL REVENUE SERVICE: ✓ NONE
    Total Due: 0.0    Total Payment $0.00
    Payable 0.00 /month (Months 0 to 0)
    C. DOMESTIC SUPPORT OBLIGATION(S): ✓ NONE ☐ CURRENT AND PAID OUTSIDE
    D. OTHER: ✓ NONE

V.  **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
    A. Pay   100.00   /month (Months  16  to  60  )

LF-31
Page 2 of 3
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor(s): Jorge A Canales
Mayra T Canales  Case number: 18-13241

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
B. ✓ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED: ✓ NONE

VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

✓ NONE

VII. INCOME TAX RETURNS AND REFUNDS: ✓ NONE

VIII. NON-STANDARD PLAN PROVISIONS: ✓ NONE

PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jorge A Canales | Debtor | 7/122018 | /s/ Mayra T Canales | Joint Debtor | 7/2/2018 |
|---|---|---|---|---|---|
| Jorge A Canales | | Date | Mayra T Canales | | Date |

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.