Fill in this information to identify the case:

Debtor 1    Jorge A Canales

Debtor 2    Mayra T Canales
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 18-13241-LMI

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 2105

**Date of payment change:** 2/1/2022
Must be at least 21 days after date of this notice

**New total payment:** $1,787.99
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   Current escrow payment: $644.78    New escrow payment: $1,148.74

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:        New mortgage payment:

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 <u>Jorge A Canales</u>            Case number *(if known)* <u>18-13241-LMI</u>
     Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Christopher Salamone</u>     Date <u>January 3, 2022</u>
   Signature

Print    <u>Christopher Salamone</u>          Title  <u>Authorized Agent for Creditor</u>
        First Name    Middle Name    Last Name

Company  <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address  <u>6409 Congress Avenue, Suite 100</u>
         Number   Street

         <u>Boca Raton FL 33487</u>
         City                                State      ZIP Code

Contact Phone  <u>470-321-7112</u>                               Email  <u>csalamone@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6, 2022    I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jorge A Canales
aka Jorge Canales
20600 Marlin Rd
Miami, FL 33189

Mayra T Canales
20600 Marlin Rd
Miami, FL 33189

And via electronic mail to:

Ricardo Corona, Esq.
6700 SW 38th Court
Miami, FL 33155

Trustee
Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Jewel Daniels-Knight



**SELENE® FINANCE**

9990 Richmond, Suite 400 South
Houston, TX 77042-4546

9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

December 24, 2021

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

JORGE CANALES
MAYRA CANALES
20600 MARLIN RD
CUTLER BAY FL  33189-2426

Re:  Account Number: 

 Mortgagor(s):  JORGE CANALES
 MAYRA CANALES

 Property Address: 20600    MARLIN RD
 CUTLER BAY FL 33189

Dear Mortgagor(s):

**Our records indicate the above referenced mortgagor(s) is/are either in bankruptcy or has/have received a discharge in bankruptcy.  If the mortgagor(s) has/have received a discharge in bankruptcy, Selene fully acknowledges that the mortgagor(s) has/have no personal liability for the debt.  THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY**.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



**SELENE FINANCE**
9990 Richmond, Suite 400 South
Houston, TX  77042-4546

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███
DATE: December 24, 2021

|  | Previous Payment | New Payment Effective 02/01/22 |
|---|---|---|
| PRINCIPAL AND INTEREST | $639.25 | $639.25 |
| ESCROW | $644.78 | $976.32 |
| SHORTAGE SPREAD | $.00 | $172.42 |
| TOTAL PAYMENT | $1,284.03 | $1,787.99 |
| CURRENT ESCROW BALANCE | -$4,543.14 | |

JORGE CANALES
MAYRA CANALES
20600 MARLIN RD
CUTLER BAY FL  33189-2426

**CUSTOMER SERVICE   877-735-3637**

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point(*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

| ANTICIPATED ESCROW DISBURSEMENT | | MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|---|---|
| HOMEOWNERS INS | 9,118.20 | | | BEGINNING BALANCE | | -116.34 | 1,952.73 |
| FLOOD INS | 650.00 | 02/22 | 976.32 | | .00 | 859.98 | 2,929.05 |
| COUNTY TAXES | 1,947.73 | 03/22 | 976.32 | | .00 | 1,836.30 | 3,905.37 |
| | | 04/22 | 976.32 | | .00 | 2,812.62 | 4,881.69 |
| | | 05/22 | 976.32 | | .00 | 3,788.94 | 5,858.01 |
| | | 06/22 | 976.32 | | .00 | 4,765.26 | 6,834.33 |
| | | 07/22 | 976.32 | | .00 | 5,741.58 | 7,810.65 |
| | | 08/22 | 976.32 | | .00 | 6,717.90 | 8,786.97 |
| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | 11,715.93 | 09/22 | 976.32 | | .00 | 7,694.22 | 9,763.29 |
| | | 10/22 | 976.32 | | .00 | 8,670.54 | 10,739.61 |
| MONTHLY ESCROW DEPOSIT | 976.32 | 11/22 | 976.32 | COUNTY TAXES | -1,947.73 | 7,699.13 | 9,768.20 |
| | | 12/22 | 976.32 | | .00 | 8,675.45 | 10,744.52 |
| **LOW BALANCE SUMMARY** | | 01/23 | 976.32 | HOMEOWNERS INS | -9,118.20 | 533.57 | 2,602.64 |
| PROJECTED LOW POINT | -116.43 | 01/23 | .00 | FLOOD INS | -650.00 | -116.43 | 1,952.64 * |
| ALLOWABLE LOW POINT | 1,952.64 | TOTAL | 11,715.84 | | -11,715.93 | | |
| SHORTAGE | 2,069.07 | | | | | | |
| ESCROW ADJUSTMENT FOR 12 MONTHS | 172.42 | | | | | | |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

## IMPORTANT MESSAGES



### ESCROW  SHORTAGE

This is not a bill for the shortage amount. The total shortage amount is automatically divided by 12 and included in your monthly payment.

JORGE CANALES
MAYRA CANALES

| LOAN NUMBER |
|---|
| ███ |
| **SHORTAGE AMOUNT** |
| **$2,069.07** |



# ESCROW ACCOUNT HISTORY

**Loan Number:** ▩▩▩▩▩▩  **Date:** December 24, 2021

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | .00 | -9,378.46 |
| 02/21 |  | 644.78 |  |  |  | .00< | -8,733.68< |
| 03/21 |  | 1,314.89 |  |  |  | .00 | -7,418.79 |
| 04/21 |  | 644.78 |  |  |  | .00 | -6,774.01 |
| 05/21 |  | 1,314.89 |  |  |  | .00 | -5,459.12 |
| 06/21 |  | 3,250.12 |  |  |  | .00 | -2,209.00 |
| 07/21 |  |  |  |  |  | .00 | -2,209.00 |
| 08/21 |  | 4,513.46 |  |  |  | .00 | 2,304.46 |
| 09/21 |  | 2,018.76 |  |  |  | .00 | 4,323.22 |
| 10/21 |  | 1,454.20 |  |  |  | .00 | 5,777.42 |
| 11/21 |  | 1,395.37 |  | 1,947.73 * | COUNTY TAXES | .00 | 5,225.06 |
| 12/21 |  |  |  | 9,118.20 * | HOMEOWNERS INS | .00 | -3,893.14 |
| 12/21 |  |  |  | 650.00 | FLOOD INS | .00 | -4,543.14 |
| 01/22 |  |  |  |  |  | .00 | -4,543.14 |
| TOTALS | 0.00 | 16,551.25 | 0.00 | 11,715.93 |  |  |  |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $0.00 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $0.00 and the actual low point balance was -$8,733.68; the amount is indicated with an arrow (<).

**Please note that:**

1. Selene, as servicer of your mortgage loan, is obligated to make all payments for taxes and insurance for which the escrow account is maintained and if any such payment is not timely, Selene will be responsible for making such payments including any penalties and interest and shall be liable for all damages to the mortgagor resulting from its failure to make timely payments;

2. In the event that a real property insurance premium notice is sent directly to you by the insurer, you have the obligation to promptly transmit such premium notice to Selene or our designated institution for payment. Failure to do so may jeopardize your insurance coverage and may excuse Selene from liability for failure to timely make such real property insurance payments.

3. You, as mortgagor, are obligated to pay one-twelfth of the annual taxes and insurance each month to Selene which will be deposited into a real property escrow account. However, when there is a deficiency or surplus in your escrow account, a greater or lesser amount may be required;

4. Selene will deposit the escrow payments into a banking institution whose deposits are insured by a federal agency; and

5. Selene cannot impose any fees related to the maintenance of the real property escrow account.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collectthe debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.